IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NORMAN C. KRUEGER,

    Petitioner,

v.

COLUMBIA COUNTY CIRCUIT COURT
JUDGE VOIGT, FARMERS AND
MERCHANTS UNION BANK, DOUGLAS
LAMBERT, DODGE COUNTY SHERIFF'S
DEPARTMENT and COLUMBIA COUNTY
SHERIFF DEPARTMENT,

    Respondents.

JUDGMENT IN A CIVIL CASE

12-cv-690-wmc

---

This action came for consideration before the court with District Judge Williams M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for petitioner Norman C. Krueger's failure to prosecute.

_Peter Oppeneer_                10/24/12
Peter Oppeneer, Clerk of Court        Date